# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | File No. 2:07-mj-94 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM |
| Richard Jones | ) | |
| a/k/a fatboy a/k/a vaio | ) | |
| | ) | |
| Defendant. | ) | |

On October 16, 2007, this Court conducted a removal and detention hearing. The hearing was recorded via electronic means. However, after the hearing was concluded, this Court learned that a portion of the hearing had not been electronically recorded. This Court then contacted counsel, via email, advised them that there was not a record of a portion of the hearing, and invited their requests for addressing the matter. In a second email to counsel, this Court asked that Counsel review the minutes of the hearing, and advise the Court if they desired any additional supplementation of the record.

Counsel for the United States responded that the minutes on file were an acceptable record of the hearing. Counsel for Richard Jones responded that he did not expect any issues on appeal arising from the removal and detention hearing, and that he would have no objection to supplementing the file with the court's notes from the hearing. Counsel for Mr. Jones did not respond to the second email, so the Court assumes he considered the minutes on file to be satisfactory.

This Court has therefore determined that additional proceedings or additional

supplementation of the record are not necessary.

Dated this 24th day of October, 2007.

                                              */s/ Alice R. Senechal*
                                              Alice R. Senechal
                                              United States Magistrate Judge